B6I (Official Form 6I) (12/07)

In re   **Sadie Allen Lagarde**                                                   Case No.   **12-10025**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Separated** | RELATIONSHIP(S):<br>**Granddaughter** | AGE(S):<br>**9** |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Respiratory Therapist** | |
| Name of Employer | **Ochsner** | |
| How long employed | **5 years** | |
| Address of Employer | **1514 Jefferson Hwy.**<br>**New Orleans, LA 70121** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 4,262.25 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 4,262.25 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 816.83 | $ N/A |
| b. Insurance | $ 326.80 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify):   **retirement** | $ 147.08 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,290.71 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,971.54 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,971.54 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,971.54 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **No expected changes**

OCF - CHABERT BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|----------------------|---------------|---|---|-----------|-----------|-----------|
| 74360 | 001018404 | LAGARDE, SADIE J. | | | 12/13/2014 | 12/19/2014 | 702664512 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|------|---------|--------------|------------|---------|--------------|----------------------|
| 01-REG | 75.55 | 26.12 | 1973.36 | 43265.78 | MEDTAX | 29.66 | 690.99 | GROSS EARNINGS |
| 03-GPT | 2.80 | 26.12 | 73.14 | 4084.63 | SS TAX | 126.83 | 2954.57 | |
| 02-OVT | 1.75 | 39.18 | 68.57 | 785.58 | FEDTAX | 270.48 | 6001.56 | 2,191.07 |
| MEETING | 1.65 | 26.12 | 43.10 | 273.48 | LA TAX | 65.22 | 1507.05 | |
| TOB REB | | | 20.00 | 480.00 | 401K | 87.64 | 1765.28 | DED. CURRENT |
| EX LIFE | | | 12.90 | 154.80 | DENTAL1 | 6.60 | 158.40 | |
| 04-HOL | | | | 1020.16 | POSMED | 80.33 | 1927.92 | 930.66 |
| EDU | | | | 494.33 | SUPLIF | 12.52 | 300.48 | |
| 09-HOP | | | | 332.63 | VISION | 6.57 | 157.68 | NET PAY |
| BRVMNT | | | | 202.80 | H CARE | 30.00 | 720.00 | |
| CME | | | | 38.03 | LTD | 9.54 | 228.96 | 1,247.51 |
| 05-EVE | | | | 15.50 | BNKRPT | 200.00 | 4800.00 | |
| UNPAID | | | | 0.00 | SPLIFE | 5.27 | 126.48 | GPT |
| | | | | | | | | 34.67 |

| | GROSS EARNINGS | 2,191.07 | 51,147.72 | TOTAL DED. | 930.66 | 21,339.37 | |

**Ochsner Health System**

| DIRECT DEPOSIT | AMOUNT |
|----------------|--------|
| xxxxx6617 | $747.51 |
| xxx3820 | $200.00 |
| xxxxxx7886 | $300.00 |

**Ochsner Health System**

Date  12/19/2014

**OCHSNER CLINIC FOUNDATION**

Capital One  N.A.
Franklin, LA

PAY   *VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID*
1514 Jefferson Highway
New Orleans, LA 70121

| Amount |
|--------|
| $ *****1,247.51 |

Void After 180 Days

TO THE ORDER OF
SADIE J LAGARDE
510 ASHLAWN ST
HOUMA, LA  70363

DIRECT DEPOSIT ADVICE
# NON-NEGOTIABLE

3750    74360

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

001018404   74360   02664512
⑈7 0 3 6 3 1⑈
SADIE J LAGARDE
510 ASHLAWN ST
HOUMA, LA  70363

OCF - CHABERT BIWEEKLY

| DEPT | EMP.NO. / SOC.SEC.NO. | | EMPLOYEE NAME | | | PERIOD END | CHECK DATE | CHECK NO. |
|------|------------------------|--|---------------|--|--|------------|------------|-----------|
| 74360 | 001018404 | | LAGARDE, SADIE J. | | | 02/07/2015 | 02/13/2015 | 702715870 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | TOTALS FOR THIS CHECK |
|----------|-------|------|---------|--------------|------------|---------|--------------|------------------------|
| 01-REG | 72.10 | 26.12 | 1883.25 | 6971.94 | MEDTAX | 27.12 | 110.58 | GROSS EARNINGS |
| 03-GPT | 8.00 | 26.12 | 208.96 | 888.08 | SS TAX | 115.97 | 472.85 | |
| TOB REB | | | 20.00 | 60.00 | FEDTAX | 224.14 | 933.69 | 2,112.21 |
| 04-HOL | | | 417.92 | | LA TAX | 58.39 | 239.24 | |
| EX LIFE | | | | 13.76 | 401K | 84.49 | 334.07 | DED. CURRENT |
| | | | | | DENTAL1 | 24.50 | 73.50 | |
| | | | | | POSMED | 113.00 | 339.00 | 962.37 |
| | | | | | SUPLIF | 12.83 | 38.49 | |
| | | | | | VISION | 6.57 | 19.71 | NET PAY |
| | | | | | H CARE | 75.00 | 225.00 | |
| | | | | | LTD | 9.82 | 29.46 | 1,149.84 |
| | | | | | BNKRPT | 200.00 | 600.00 | |
| | | | | | SPLIFE | 10.54 | 31.62 | GPT |
| | | | | | | | | 22.62 |
| | | | | | | | | HOLIDAY |
| | | | | | | | | 8.00 |
| | GROSS EARNINGS | | 2,112.21 | 8,351.70 | TOTAL DED. | 962.37 | 3,447.21 | |

**Ochsner** Health System

| DIRECT DEPOSIT | AMOUNT |
|----------------|--------|
| xxxxx6617 | $649.84 |
| xxx3820 | $200.00 |
| xxxxxx7886 | $300.00 |

**OCHSNER CLINIC FOUNDATION**

1514 Jefferson Highway
New Orleans, LA 70121

Capital One
Franklin, LA

Date  2/13/2015

Amount
$ *****1,149.84

Void After 180 Days

PAY   VOID  VOID  VOID  VOID  VOID  VOID  VOID  VOID

TO THE ORDER OF
**SADIE J LAGARDE**
**510 ASHLAWN ST**
**HOUMA, LA  70363**

DIRECT DEPOSIT ADVICE
# NON-NEGOTIABLE

**OCHSNER CLINIC FOUNDATION**
1514 Jefferson Highway
New Orleans, LA 70121

3750    74360

001018404   74360   02715870
:7 0 3 6 3 1:
SADIE J LAGARDE
510 ASHLAWN ST
HOUMA, LA  70363

B6J (Official Form 6J) (12/07)

In re __Sadie Allen Lagarde_____      Case No.  __12-10025_____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 978.79 |
| a. Are real estate taxes included?           Yes ___      No __X__ | | |
| b. Is property insurance included?           Yes ___      No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 200.00 |
|                        b. Water and sewer | | $ 50.00 |
|                        c. Telephone | | $ 0.00 |
|                        d. Other  **See Detailed Expense Attachment** | | $ 238.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 588.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 25.00 |
| 7. Medical and dental expenses | | $ 120.00 |
| 8. Transportation (not including car payments) | | $ 245.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | | $ 338.42 |
|                        b. Life | | $ 320.00 |
|                        c. Health | | $ 0.00 |
|                        d. Auto | | $ 177.00 |
|                        e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify)  **Property taxes** | | $ 14.17 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | | $ 0.00 |
|                        b. Other _____ | | $ 0.00 |
|                        c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
|        Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ 3,394.38

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 2,971.54 |
| b. | Average monthly expenses from Line 18 above | $ 3,394.38 |
| c. | Monthly net income (a. minus b.) | $ -422.84 |

B6J (Official Form 6J) (12/07)
In re   **Sadie Allen Lagarde** _____   Case No.   **12-10025** _____
                                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cabl, internet | $ | 138.00 |
| Cell | $ | 100.00 |
| **Total Other Utility Expenditures** | $ | **238.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    __Sadie Allen Lagarde__                                                          Case No.    __12-10025__
                                                        Debtor(s)                          Chapter      __7__


# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __February 23, 2015__                    Signature    _____
                                                              **Sadie Allen Lagarde**
                                                              Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   <u>Sadie Allen Lagarde</u>                                                      Case No.   <u>**12-10025**</u>

Debtor(s)                                      Chapter   <u>7</u>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Citimortgage** | **Describe Property Securing Debt:**<br>**Location: 510 AshLawn St, Houma LA 70363** |
| Property will be (check one):<br>☐ Surrendered          ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt          ☐ Not claimed as exempt | |

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit** | **Describe Property Securing Debt:**<br>**2006 Ford Fusion** |
| Property will be (check one):<br>☐ Surrendered          ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>■ Other.  Explain  <u>**now paid out**</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt          ☐ Not claimed as exempt | |

B8 (Form 8) (12/08)                                                                                     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Santander | **Describe Property Securing Debt:**<br>2007 Cadillac Escalade (1/2 interest) |

Property will be (check one):
   ■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **February 23, 2015** _____    Signature _____
                                                 Sadie Allen Lagarde
                                                 Debtor

# United States Bankruptcy Court
## Eastern District of Louisiana

| In re | Sadie Allen Lagarde | | Case No. | 12-10025 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 7 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 600.00 |
    | Prior to the filing of this statement I have received | $ | 600.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning;  and applications as needed**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, amendments to schedules, requests to reschedule hearings, judicial lien avoidances, relief from stay actions, preparation and filing of reaffirmation agreements or any other adversary proceeding, any post-discharge issues.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 23, 2015**

**Mary M. Taylor 19179**
**Pontchartrain Law Center**
**3525 N. Causeway Blvd., Suite 708**
**Metairie, LA 70002**
**504-831-7405  Fax: 504-837-0866**
**mary@pontchartrainlaw.com**

---